IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER BROWN | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS, INC., et al. | : | NO. 19-3700 |

ORDER

AND NOW, this 23rd day of October, 2019, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Heather Brown to remand this action to the Court of Common Pleas of Philadelphia County is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                            J.